IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

                                                          CRIMINAL NO. 21-359 (PAD)

    -against-

JOSE JULIO RODRIGUEZ-CUMBA et al.,

Defendants.

-----------------------------------------------------------------------X

## **THE GOVERNMENT'S BILL OF PARTICULARS**

TO THIS HONORABLE COURT:

       The United States of America, by and through the undersigned attorneys, pursuant to Federal Rule of Criminal Procedure 7(f) provides the following bill of particulars.

       1.     Pursuant to Federal Rule of Criminal Procedure 7(f), and 32.2(a); 18 U.S.C. § 982(a)(1); 21 U.S.C. §§ 848, 853, and 970; and 28 U.S.C. § 2461(c), the government particularly alleges that the following vehicles are subject to forfeiture on the basis of the forfeiture allegations set forth in the superseding Indictment filed at Docket Entry Number 285 in the present criminal case:

          a.  One white 2021 Toyota RAV4, bearing Puerto Rico License plate: JPZ943, VIN: JTMY1RFV8MED07667; and

          b.  one red Alfa Romeo Stelvio, bearing Massachusetts license plate 1GF268, VIN: 1GF268VIN ZASPAJAN6L7C85608.

       2.     The government reserves the right to amend this bill of particulars. *See* Fed. R. Crim. P. 7(f)("The government may amend a bill of particulars subject of such conditions as

justice requires.").

        RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, this 8th day of May.

                                                          W. STEPHEN MULDROW
                                                          United States Attorney

                                                          Ryan R. McCabe – G03505
                                                         Assistant United States Attorney
                                                          Torre Chardon, Suite 1201
                                                         350 Carlos Chardon Street
                                                         San Juan, PR 00918
                                                         ryan.mccabe@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the court and all parties.

**RESPECTFULLY SUBMITTED.**

San Juan, Puerto Rico, this 8th day of May.

W. STEPHEN MULDROW
United States Attorney

/s/ Ryan R. McCabe
Ryan R. McCabe – G03505
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
ryan.mccabe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,
                                                    CRIMINAL NO. 21-359 (PAD)
        -against-

[1] JOSE JULIO RODRIGUEZ-CUMBA et al.,

Defendants.
------------------------------------------------------------------------X
```

### ORDER AUTHORIZING DISCLOSURE OF MATERIALS
### PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)

Upon the Application of United States Attorney W. STEPHEN MULDROW, by Assistant United States Attorney Ryan R. McCabe, dated March 12, 2024, to disclose items protected by Federal Rule of Criminal Procedure (6)(e), it is hereby:

**ORDERED**, that the government may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further,

**ORDERED**, that the government may provide in discovery sealed materials, and it is further,

**ORDERED**, that that this Order also applies to the disclosure of the materials described above to any codefendants who may be later jointed.

**SO ORDERED**

In San Juan, Puerto Rico, this _____ day of March 2024.

```
                        _____
                        HON. PEDRO ALBERTO DELGADO-HERNÁDEZ
                        UNITED STATES DISTRICT COURT JUDGE
                        DISTRICT OF PUERTO RICO
```